IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tramaine E. Martin,

       Plaintiff,

  v.

Jefferson County Department of
Human Resources,

       Defendant.

Case No: 2:21-cv-175

Judge Graham

## Order

This matter is before the Court on the objections of plaintiff Tramaine E. Martin to the Magistrate Judge's June 26, 2023 Report and Recommendation. Plaintiff filed a motion for relief from the judgment, seeking to be excused from his obligation to pay the Court's filing fee pursuant to a protocol established when the Magistrate Judge granted *in forma pauperis* status on February 9, 2021.

The R&R recommended that plaintiff's motion for relief from the judgment be denied because, among other things, plaintiff never made a pre-judgment objection to the grant of *in forma pauperis* status or to the payment protocol. The Magistrate Judge found that plaintiff seemed to be trying to avoid paying the filing fee now that his appeal has been dismissed.

In his objections, plaintiff does not demonstrate any error with the Magistrate Judge's R&R. Rather, he attempts to argue that the grant of *in forma pauperis* status somehow constituted a "consent decree" that he is no longer bound to follow since his appeal was dismissed.

The Court finds that plaintiff's objections (Doc. 21) are frivolous and are therefore OVERRULED. The Court ADOPTS the Report and Recommendation (Doc. 20), and plaintiff's motion for relief from the judgment (Doc. 18) is DENIED.

DATE: August 2, 2023

                                                                                           s/ James L. Graham
                                                                                           JAMES L. GRAHAM
                                                                                           United States District Judge